| Attorney or Party without Attorney:<br>William J. Downes, Esq.<br>Mizrahi Kroub LLP<br>200 Vesey Street, 24th Floor<br>New York, NY 10281<br>Telephone No: 212-595-6200   FAX No: 212-595-9700 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff(s) | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | | |
| Plaintiff(s): Roberta Feliz, et al | | | | | |
| Defendant: IHealth Labs Inc. | | | | | |
| **PROOF OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>23CV00354JLR | |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

*2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint for Violations of the Americans with Disabilities Act of 1990 and New York City Human Rights Law.*

*3. a. Party served:*                        IHealth Labs Inc.
   *b. Person served:*                   Mingwei Guan, Agent for Service

*4. Address where the party was served:*    150C Charcot Ave
                                             San Jose, CA 95131

*5. I served the party:*
   b. **by substituted service.** On: Wed., Jan. 25, 2023 at: 3:44PM by leaving the copies with or in the presence of:
                                      Brandon Hwang, Clinical Assistant
    (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
    (4) A declaration of mailing is attached.

*7. Person Who Served Papers:*
   a. Rachel Gray
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.:   PS1809
       (iii) County:            Santa Clara

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jan. 30, 2023

                                                                 (Rachel Gray)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007        **PROOF OF SERVICE**
                                         **Summons and Complaint**                             widow.243430

| Attorney or Party without Attorney: <br> William J. Downes, Esq. <br> Mizrahi Kroub LLP <br> 200 Vesey Street, 24th Floor <br> New York, NY 10281 <br> Telephone No: 212-595-6200   FAX No: 212-595-9700 | | For Court Use Only |
|---|---|---|
| | Ref. No or File No.: | |
| Attorney for: Plaintiff(s) | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | | |
| Plaintiff(s): Roberta Feliz, et al | | |
| Defendant: IHealth Labs Inc. | | |

| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 23CV00354JLR |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint for Violations of the Americans with Disabilities Act of 1990 and New York City Human Rights Law.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:            Mon., Jan. 30, 2023
   b. Place of Mailing:           Penryn, CA  95663
   c. Addressed as follows:       IHealth Labs Inc.
                                  c/o Mingwei Guan, Agent for Service
                                  150C Charcot Ave
                                  San Jose, CA  95131

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Jan. 30, 2023 in the ordinary course of business.

5. Person Serving:                                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Emilee Thomas-Walters                    d. **The Fee** for Service was:
   b. Class Action Research & Litigation       e. I am: (3) registered California process server
      P O Box 740                                    (i)    Employee
      Penryn, CA  95663                              (ii)   Registration No.:    21-011
   c. (916) 663-2562, FAX (916) 663-4955             (iii)  County:              Placer

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, Jan. 30, 2023

                                                                    (Emilee Thomas-Walters)

Judicial Council Form                    PROOF OF SERVICE                                         widow.243430
Rule 2.150.(a)&(b) Rev January 1, 2007      By Mail