**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
ROBERTA FELIZ, individually, and on behalf of all others similarly situated,

                     Plaintiff,

      -against-                                        23 **CIVIL** 354 (JLR)

                                                                   **JUDGMENT**

IHEALTH LABS INC.,

                     Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 30, 2024, IHealth's motion is GRANTED, and Plaintiff's First Amended Complaint is DISMISSED without prejudice and without leave to amend; accordingly, the case is closed.

**Dated:**  New York, New York

       January 30, 2024

                                                                 **RUBY J. KRAJICK**
                                                                  **Clerk of Court**

                           **BY:**       *K. Mango*

                                                                 **Deputy Clerk**